UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRANCE WILSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-CV-3396 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon movant's motion for leave to proceed in forma pauperis. Also before the Court are movant's motions for leave to file an overlength memorandum in support of his motion to vacate. The Court will grant movant's motions to file an overlength supporting memorandum and deny movant's motion for leave to proceed in forma pauperis.

On December 23, 2019, the Office of the Clerk received and filed movant's motion to set aside, correct, or vacate sentence pursuant to 28 U.S.C. § 2255 and a motion to proceed in forma pauperis. Because there is no filing fee for a § 2255 motion, movant need not be granted in forma pauperis status in order to maintain this action. *See* Rule 3, Advisory Committee Notes of the Rules Governing Section 2255 Proceedings. Thus, to the extent that movant is seeking leave to initiate this action in forma pauperis, his request is moot. Although movant has sought appointment of counsel in this matter, the Court has denied his request at this time. Movant's motion to proceed in forma pauperis will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED**, without prejudice.

**IT IS FURTHER ORDERED** that movant's motions for leave to file an overlength memorandum in support of his motion to vacate [Doc. #3 and #4] are **GRANTED**.

Dated this 2nd day of January, 2020.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE